5-E The State of California is seeking a de novo review of a contract. It's signed in 2010 We understand everything that's going on in this case. Can I just ask you a sort of technical question? I think the government raised this in red brief, which is even if we would agree with you on the fringe benefit issue That only seems to account for a chunk of the three hundred $1,000 that's in dispute here So you I don't think you responded in gray like why even if you're right on fringe benefits That doesn't allow a reimbursement of $300,000. That's like $60,000, right? that's Not quite true Because the $300,000 is dependent on a formula, which is not based on the actual numbers We pointed that out in our first response to their Attempt to get the money. It's on page 133 of the appendix And we detail why it's wrong. We didn't make a big point of it Two provisions in the contract that say you can use the state system deal with fringe benefits and overhead Actually, I have my hearing aids the two provisions in the contract that deal with the state system allowing the state system deal with overhead and with Fringe benefits, correct? The provision for salaries for salary compensation is not given the benefit of the state system The salaries are direct So what I want to get at my understanding of your argument is that the SAM formula uses accrual accounting Correct or things such as fringe benefits and overhead correct when it does it for fringe benefits Using an accrual thing it impacts the amount of compensation that the employees are entitled to No, that's part of the fringe benefit or days off for holidays and that sort of thing Those are actual costs that the state now still owes the employees who work the money We got a problem here My understanding is that for a lot for a period of time the state used the SAM formula and In the SAM formula they were using it to look at the fringe Benefits that these employees were entitled to and the overhead associated with their work correct, the SAM formula makes a magic computation that produces a Compensation number how much these people are entitled to right, right That's what you did for a long period of time in an audit over one of the years The government auditor said whoops. Wait a second. You're using accrual accounting Accrual you're accruing costs at the beginning of the year that you think you'll have to pay out over the course of the year Some you might not have to pay off they might get carried over till the next year, but that they are real live liabilities that your client incurred the auditor said well You can't use accrual accounting You can only be reimbursed for actual cash outlays correct, and so they did a formula I dug them all up from the from below and all the charts and the difference between the two is your numbers are based on accrued liabilities and the government's numbers were based on actual cash out and The government was saying we want you to true up at the end of the year Meaning that you would look and see how much of the accrual you haven't actually paid yet And you wouldn't bill for that. You would only bill for what you'd actually pay The lower court in interpreting the contract held that the contract requires Expenditures to be actually expended you actually must spend the money you can't accrue That's what the court said below and that's the government's theory okay, and so the question is Where in the contract or in the regulations is it? Unambiguously required that the reimbursements be cash as opposed to accrual The and your argument is it isn't there well no my argument is we are entitled to use the Sam method the accrual basis because we negotiated for that this contract is the result of a lot of very acrimonious Negotiations between interior understand all that sir. I mean the short of the matter is that the contract says you get to use Sam right or Fringe benefits and overhead correct and your feeling is you get to use it for salaries too because the over No, we don't do it We bill every month we provide the interior department with the number of actual hours billed to that contract Every year that number was audited by the interior department was audited does it have accrual numbers in it. Yes or no Only for fringe benefits not for set not for salaries So what is the dispute can I go back to where I started it is what is the dispute the additional? 100 200,000 or whatever Excluding fringe benefits I get that but I thought you had put a number on that amount which was $63,000 so there's other money that's in dispute here. That's outside of alleged overpayment for fringe benefits It's alleged overpayment for salary and for ICR, right? But but that's wrong as a matter of fact and and that's why I referred you to the first response We made to the this audit We pointed out that the numbers they were using were not the actual billed numbers They had those numbers we give them to them every single month They chose not to use them They chose to use this formula that they devised To determine what the total amount was can I give you an analogy? It's we all know about LIFO and FIFO LIFO assumed that the California negotiated a contract allowing it to use LIFO It was negotiated, but the OMB says you're supposed to use FIFO Now five years after you've entered into that contract the interior departments Oh, we didn't know what we were doing for five years the people who? Negotiated this didn't know the people who audited didn't know But we now know that your results under our way of accounting is $2,000 or two million dollars different than yours, so you have to use our number It's not right That's What they're doing here? They're saying if you use our accounting principles, which they made they developed You owe us this money, but we used our accounting principles only for fringe benefits the actual numbers are a matter of Public record because we have to submit those Monthly okay that goes to my question, and maybe it's just a stupid inane question, and that's why you're not understanding it But we are you said you used your Accounting principles under your hypothetical for just fringe benefits correct so tell me what the dispute is so I understand that 63,000 was stuff that you think you're owed because you did it under your accounting system What I just don't understand is what about the other the remainder of the money that you're seeking reimbursement for that's all for fringe benefits It's all okay because it was categorized as it was broken down as fringe benefits then Salary, and then I see are so I thought they were all different category is that wrong the entire $300,000 is for the is entirely for fringe benefits. Yes Okay, do you understand where I got the confusion I'm getting well they confused they confused the facts that they had For the Theory that they tried to promote your view is that you're the entire amount in dispute is the Not the the overpayment the non overpayment of you all for this categorization of fringe benefits as well That's correct Okay, right now am I am I right sir that you are using a cruel accounting The same formula correct all right am I right in thinking that the government Both the auditors and the government and the court of claims say you can't use a cruel accounting OMB Recommends that you not use a cruel account and they say you should only Seek reimbursement for cash paid out Yes, okay Let's assume for purposes of argument that the contract Actually said that you can only reimburse for kick amounts paid out That would be different Now that's the argument that the government is making. Yes. That's the argument that the court of federal claims made Yes, the court of federal claims in the government say that the contract unambiguously requires only cash payments to be reimbursed and They're totally two places in the contract You know the two places in the contract where? actual cash payout is referenced right, and that's for salaries and That's for you know expenses It is not for fringe, but we negotiated a separate deal for Benefits because we knew we did that in 2010 and everybody knew we had done that Everybody had gone along with it the people who negotiated it went along with it and the people who audited and accepted Went along with it and all of a sudden now someone comes along and says oh no you're wrong like You may have been allowed to use FIFO, but now we're saying you got to use LIFO because that's the way OMB says it That's not giving you the benefit of the bargain that you sought We did it deliberately Why else would we would we enter into an agreement that allows us to do? Our method plus the OMB methods suppose a conflict LIFO and FIFO Conflict they say we owe two million dollars because we didn't use the proper Method of they're both costs real costs I know you've been asked questions, but you're into your rebuttal so why don't we you're into your rebuttal time, so I'm sorry I will sit down Hey, please the court the courts reaffirm the judgment the court of federal claims ask a question so My understanding is that the contract was interpreted by the court where the federal claims as Allowing reimbursement only for actual cash out expenditures, I believe the the Asking that's what the court held the cost incurred. Yes, our actual it isn't cost. It's not incurred. It's actually an actual Actual cost paid. I don't I don't know what language of the opinion your honor is referring to it Actual that I I think the court used actual cost and cost incurred so is so let me ask you that is a Accrued cost and standard accounting as to which there's no question that it was properly accrued is it incurred if it wasn't Before I answer that I would say that the parties didn't get into their crew I'm gonna answer in accounting terms the parties didn't I don't I want to be careful not to speak to something that The record doesn't speak to in the partisan brief before this court or the court below Ultimately what California had to actually pay out the cost in in whether that's and so your your case is That you will only reimburse for actual cost paid out. Yes. Okay, I see. Yes salary for okay Okay, so you have a cost for overhead That is written on the books and it's known on accrual accounting you understand what a cruel The SAM formula allows accrual accounting for purposes of the overhead and the fringe benefits I Don't know. We haven't just telling you let's assume. That's true. Okay, right So the SAM formula is going to allow a number for an expenditure on overhead of fringe benefits that's on a crude basis Right. Okay, the auditors refused to accept that number The auditor said no, it has to be a cash expenditure You right you assert that the contract plus By including 43 CFR 12 and the OMB circular you assert that the con the contract unambiguously requires cash expenditures actual expenditures Yes, actually show me where in the contract Actual payments are required and when I use the word Actual I use the word actual payments. I mean I'm using it in the sense of cost in incurred That's not correct. Okay. Well that That's just not correct because we already the data point said that an accrued cost is incurred under same Okay, well my references then to the cooperative agreement would be to all the references to I just okay Take me in the contract where it is the word actual how many times the word actual appear in the con in the contract I don't I don't know if the word actual yeah, I know cost incurred Just excuse me. How many times the word actual here in the contract? I don't know. I don't know that that Okay, what so you don't know where it appears? I don't know where the word actual the part is a focus on whether a cost has been in incurred I'm telling you that a accrued cost is incurred and under so Assuming an accrued cost is incurred. The question is what's the difference between that and an actual cost the Accountants here said the actual cost is what California actually paid out Not what it accrued as a liability that maybe it paid out and it would pay it out next year so You're telling me that the contract does Since you couldn't find the two places where actual shows up. I'll just tell you it doesn't help you That's maybe why I Provisions so I'll take you to you. You're hooked. You're going to hang on for the contract unambiguously requiring cash Expenditures actual expenditures would be 43 CFR or the OMB circuit 43 CFR and the language No Contract doesn't help or the cost incurred language at the second occurred because an accrued cost is incurred You're gonna you know, we were we started talking about the overhead. The overhead rate is not just a second Okay, I know the none of the calculations that they did in Sam are Disputed You have conceded that that they faithfully applied Sam. We have yes No, we haven't conceded they faithfully it's just that Sam allows for reimbursement of Non-paid costs that is to say for accrued costs. Yeah, okay, but we haven't you're referring to the audit that was done that led to Okay, but we haven't conducted discovery in this case because the parties agreed that the agreement could be resolved on the plain language So I wouldn't say we've been seen We would conduct discovery you you your point is that they can only recover for money They paid out of their pocket not for expenditures For example salaries and I'm asking you where does the contract say that I And I would refer you to the cost incurred language, which I understand you would tell me does not mean that So you're I would refer to six point four is the best contract also says that fringe benefits Which we've heard are all of the amount in Contest here shall be allowed in accordance with the state's established accounting system Now why doesn't have that that have at least equal dignity with us compared with the incurred Provision this is specific all as initial matter by way of background. My understanding is that 300,000 is not just fringe benefits I would refer the court to page 147 of the index which is the audit report and I think that's where the roughly three hundred thousand dollars adds up. Um, and I think The fringe benefits is a relatively small Okay, but in terms of in terms of that section 6.5 C which states that fringe benefits shall be allowed that Section 6.5 goes to the allowability of cost in the understandings of cost For example, there are terms that would be attached to a salary you could Lays it out in there that for example You couldn't just come up with a new salary for I think under under 6.5 You can come up with some new salary just no argument. They did. No, we didn't know there's no challenge here So then on six point on the fringe benefits the challenge here is that the number they're asking for Includes money that wasn't actually paid out. It was accrued. Yes. They didn't actually pay out all the fringe benefits Well, that's that's the whole case, right? On the fringe benefit portion. Yes, but I mean you haven't made it and you haven't made an independent showing in your briefs That salary should be treated differently No, we think that know that all for all three overhead salary in So the difference is between numbers that are built on accrual and numbers that are built on actual costs out What does it mean when they say you're true up at the end of the year? I mean if they actually if they Saw it and received more reimbursement than that was actually paid out by California and what basis would they have been seeking more? Than they actually paid out because they came up with this loaded hourly rate that included fringe benefits in salaries Because of a cruel accounting, but these are not these are not hourly Because of a cruel accounting so the state system Produced a number that as Judge Lurie pointed out. You don't disagree with The contract says they can use the state system they get the number The counter to that in the court of federal claims and here is that the contract unambiguously Bars that and requires the cash to be paid out And I'm asking you where in the contract when the contract uses the word actual costs in two places But does not use it with regard to salaries does not use it with regard to fringe benefit or overhead so where do we get the notion that the contract requires actual and Then when I ask you where in your backup sources that you rely on heavily below and that the court of federal claims relied on Heavily below where does 43 a CFR 12 a or the OMB circular? require cash Expenditures, I don't I think there's a couple questions can I do you know? What 12 a I'm familiar 12 a and it incorporates OMB circular And you're familiar with rooms and the and you know that both of them respect accrual accounting Yes, both of them treat accrued costs as incurred and allowable Both of them okay in but OMB circular 8 87 I would point your honor to the attachment a section C. Would including the section Which what are we going to look at now the OMB circular or? Cost means an amount determined on a cash accrual or other basis Yeah, you know the parties did not get into this accrual versus cash base and whether Accrual is allowed versus that was the basis on which the audit Said you've overpaid Yeah, but the basis of our motion for summary judgment and the cross motion for summary judgment Was whether these costs actually had to have been incurred or had had to actually be paid paid out Yes, I'm paid out and all I'm saying is where does the contract say they have to be paid out And I would refer to section six point four B. Which say okay? You know it intimately when the time comes to talk about it six point four B Says or reimburses a for approved cost incurred under this agreement in accordance with 12 a 12 a respects Accrual accounting it says you can accrue a cost it will be allowable and it's incurred And I'm not arguing it and we've not argued that they cannot use accrual versus cash base We're not that has not been an issue so so okay, so if they can use it and Sam is and the reason why the same number is objectionable to you is because of accrual accounting And where'd your case go? I I don't think the same number is objectionable because of accrual accounting It's objectionable if there if if someone makes seventy five thousand dollar annual salary and ultimately we're paying more For them to do work on this contract, and they're doing a hundred percent of the work on this on this cooperative agreement They're paying we're paying them more than they actually pay their employees We're paying them more for for the salary is the most prominent example, and it makes up the the greatest portion I Think California's argument is that Sam allows them to build private and public clients? In the way that they did here. I think that's I think their point Again the parties didn't get to this these factual issues because plaintiff agreed, and then we agree the debate is well I'm not whether the fine language Is well not the contract? Requires a cost to actually be paid actually paid in order to be reimbursed yes, or no I? Didn't catch the first part Let's assume the contract does not require The expenditures to be actually paid out And they only require it to be incurred in an accounting sense Well if it doesn't require that they actually in our argument is in the court Contract said you know the you your actual costs The actual payment of cost does not include overhead Fringe benefits himself your honor if that were the case we would want to conduct a discovery into whether California complied It was too late for that no because the case is being pitched as just interpreting the contract and your whole case depends on me thinking the contract unambiguously requires all Expenditures to be actually paid out well I don't think it's too late to the extent the language was not clear and unambiguous, then we would look to Externally no that if if there's a conflict not clear and unambiguous, but a conflict then the specific clause will prevail over the general clause and I would in and you can't point to a specific clause in OMB circular or in 12 CFR we didn't well That say you have to use cost no yes I'm not pointing to it to a specific provision that says you have to use cash versus accrual But the OMB circular does cover guidelines for reimbursing Costs and that's including at section C of attachment a also There's a compensation for personnel services section 8 and attachment B. These are None of them preclude accrued costs Well if your honor will indulge me I can provide one Citation here And no, I don't think there's a preclusion of cash versus accrual if that's that's the the question but In for example compensation for personnel services at section 8 it does not preclude Cruel says it's defined as compensation for personnel services includes all remuneration paid currently or accrued for services rendered during the period of performance At the end of the year if California it charges more than it actually paid its own employees That's what happens when you have an accrued cost You just take for example In terms of their compensation they certain number of days they get off Certain number of they earn a certain number like in the government you earn a number of sick leave days and whatnot Right you get them right now The problem was that by the end of the year the people that earned this if they hadn't taken at all They hadn't said pay me for my sick leave But but the government was being charged for the sick leave Because the sick leave was an accrued cost under Sam All right, that's what was and that's what the auditor said was the fly in the ointment And that was done before there was a lawsuit that audit This is not a administrative record review of the audit that was done so I appreciate that but we're we're trying to understand Why it matters whether or not? Your interpretation of the contract as opposed to his government his is I get to use Sam and this did not hinge on The trial court's decision in our briefs and and and Court rejects his reimbursement request because the money wasn't actually paid out right, but I don't think it was right Yes, I think it was yeah It wasn't actually paid out, but I don't know the question is does the contract require the money to be paid out Yes, or no the contractor and when I say pay. Yeah, yes, and you actually have to pay to your employee $75,000 you can't charge us $100,000 for that employee Okay, okay, thank you The interior department has admitted There's no question of fraud here, and this was the benefit of the bargain the the issue is whether Is judge Cleveland you pointed out whether? We are entitled to use a Sam method of accounting and we did there's no question We did and in fact if you look at the OMB guidance, which is not part of the record, but it's section 200.431 compensation for fringe benefits it says Except is otherwise provided The cost of fringe benefits are allowable provided the benefits are reasonable and required by law non-federal entity employee agreement or an established policy of a non-federal entity if if Sam isn't Established policy of a non-federal entity. I don't know what is Thank you